**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. WYMAN and LISA D. WYMAN,<br><br>             Plaintiffs,<br><br>   v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, WELLS FARGO BANK, N.A., as Trustee for Wells Fargo Asset Securities Corporation, Mortgage-Pass Through Certificates, Series 2006-AR18, WELLS FARGO BANK, N.A., and DOES 1 through 35 INCLUSIVE,<br><br>             Defendants.<br>                                                                          / | No. C 16-07079 WHA<br><br>**NOTICE REFERRING PLAINTIFFS TO THE FEDERAL PRO BONO PROJECT** |

Plaintiffs should review the resources available to *pro se* litigants available on the Court's website, including at https://www.cand.uscourts.gov/helpcentersf.  Plaintiffs should also contact the Legal Help Center by calling 415-782-8982 or emailing federalprobonoproject@sfbar.org.

Dated:  February 8, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE